UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA
MONROE DIVISION

| | |
|---|---|
| **JEFFREY ZHANG** | **CASE NO. 3:22-CV-05133** |
| **VERSUS** | **JUDGE DAVID C. JOSEPH** |
| **TRAVELERS PROPERTY CASUALTY CO. OF AMERICA** | **MAGISTRATE JUDGE KAYLA D. MCCLUSKY** |

## JUDGMENT

For the reasons stated in the REPORT AND RECOMMENDATION of the Magistrate Judge [Doc. 28], considering the Objections to Report and Recommendation having been filed [Doc. 29], and concurring with the Magistrate Judge's finding under the applicable law;

IT IS HEREBY ORDERED that Travelers' MOTION TO DISMISS FOR FAILURE TO STATE A CLAIM AND LACK OF JURISDICTION [Doc. 7] is DENIED.

IT IS FURTHER ORDERED that Travelers' MOTION TO DISMISS FOR FAILURE TO STATE A CLAIM, OR, ALTERNATIVELY, MOTION TO STRIKE PLAINTIFF 168 BLANCHARD PLAZA LLC'S AMENDED COMPLAINT [Doc. 13] is DENIED.

THUS, DONE AND SIGNED in Chambers on this 5TH day of April 2023.

_____
DAVID C. JOSEPH
UNITED STATES DISTRICT JUDGE